

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00264-CR

| | | |
|---|---|---|
| NATHANIEL DAVID MCCURDY, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1749382R) |
| V. | § | September 7, 2023 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments for Counts Three and Four. Both judgments are modified to delete the deadly weapon findings. The judgment for Count Three is further modified to reflect a conviction for the lesser-included offense of engaging in organized criminal activity by committing assault, and the judgment for Count Four is also further modified to reflect a conviction for the lesser-included offense of assault causing bodily injury. We affirm the trial court's judgments in all other respects. We

remand this case to the trial court to conduct a new punishment hearing on Counts Three and Four.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth
